FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 9 2006 ★

P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA,

               Plaintiff,

          - against -

ANTHONY W. GREEN,

              Defendant.
----------------------------------------------------------------X

DEFAULT JUDGMENT

2:05-cv-05658-ENV

VITALIANO, D.J.

Defendant Anthony W. Green failed to appear to defend this action after having been served with process on January 12, 2006. The Clerk of the Court entered a Notation of Default on February 7, 2006. It is ordered that a default be entered.

It is adjudged that the United States of America recover from Anthony W. Green:

Claim No. C99-00851W

| | |
|---|---|
| Principal Balance | $ 1,696.48 |
| Total Interest Accrued at 8% | $ 1,821.60 |
| Filing Fees and Service of Process | $ 290.00 |
| Subtotal | $ 3,808.08 |
| Attorney's Fees | $ 761.62 |
| Total | $ 4569.70 |

SO ORDERED

DATED: Brooklyn, New York
May 8, 2006

/s/ Hon. Eric N. V italiano
_____
ERIC N. VITALIANO
U.S.D.J.